**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7834**

_____

MICHAEL LYNN BROWN,

Plaintiff - Appellant,

versus

DON GUILORY, Warden, Powhatan Correctional
Center; LARRY JARVIS, Assistant Warden,
Powhatan Correctional Center; JACK LEE,
Assistant Warden, Augusta Correctional Center;
BOBBY SOLES, Assistant Warden, Buckingham
Correctional Center,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior
District Judge. (CA-95-523)

_____

Submitted: January 11, 1996          Decided: January 25, 1996

_____

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Lynn Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2